55 A.3d 1049

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert MYER, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 18, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of October, 2012, the Petition for Allowance of Appeal is **DENIED** and Petitioner's Application for Leave to Proceed *Pro Se* is **DENIED.**